IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LOCATION SERVICES IP, LLC | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | |
| 7-ELEVEN, INC., | § § | 2:16-cv-01176-JRG- LEAD CASE |
| CHICK-FIL-A, INC. ET AL, | § | 2:16-cv-01177-JRG |
| DUNKIN' BRANDS, INC. D/B/A DUNKIN' DONUTS D/B/A BASKIN ROBBINS ET AL, | § § § | 2:16-cv-01178-JRG |
| GASBUDDY, LLC F/K/A GASBUDDY ORGANIZATION, INC., ET AL, | § § § | 2:16-cv-01179-JRG |
| Defendants. | § | |

**PLAINTIFF AND DEFENDANT GASBUDDY, LLC'S NOTICE OF RESOLUTION OF MATTER AND JOINT MOTION TO STAY ALL DEADLINES**

COMES NOW Plaintiff Location Services IP, LLC ("Plaintiff") and Defendant GasBuddy, LLC (formerly known as GasBuddy / OpenStore, LLC) (erroneously sued also as "GasBuddy OpenStore, LLC") ("GasBuddy" or "Defendant"); and files this Notice of Resolution of Matter and Joint Motion to Stay all Deadlines.

Pursuant to this Court's "Standing Order Regarding Proper Notification of Settlement to the Court," the parties submit that all matters in controversy between the parties have been resolved in principle. The Parties respectfully request that the Court stay any unreached deadlines (as to this Defendant only) for 21 days so that appropriate dismissal papers may be submitted. The Parties are currently finalizing the documents necessary to reduce their

agreement to writing. This Notice and Motion is in the interest of justice and the orderly administration of this matter.

WHEREFORE, the Parties respectfully ask that the Court enter the attached proposed order granting the Parties' request.

Dated: January 27, 2017          Respectfully submitted,


By: /s/ *Joseph P. Griffith*
Joseph P. Griffith
Texas Bar No. 24045982
griffithj@gtlaw.com
Todd C. Basile
Texas Bar No. 24078205
basilet@gtlaw.com
**GREENBERG TRAURIG LLP**
2200 Ross Avenue, Suite 5200
Dallas, Texas 75201
Telephone: (214) 665-3600
Facsimile: (214) 665-3601

**ATTORNEYS FOR DEFENDANT GASBUDDY, LLC (FORMERLY KNOWN AS GASBUDDY / OPENSTORE, LLC)**

By: /s/ *John J. Edmonds*
John J. Edmonds
Texas Bar No. 789758
jedmonds@ip-lit.com
Stephen F. Schlather
Texas Bar No. 240007993
sschlather@ip-lit.com
Shea Palavan
Texas Bar No. 24083616
spalavan@ip-lit.com
**COLLINS, EDMONDS, SCHLATHER & TOWER, PLLC**
1616 South Voss Road, Suite 125
Houston, Texas 77057

                         Telephone:  (281) 501-3425
                         Facsimile:  (832) 415-2535

**ATTORNEYS FOR PLAINTIFF
LOCATION SERVICES IP, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will supply service upon all parties to this action.

/s/ *Joseph P. Griffith*
Joseph P. Griffith